FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CALVIN ANDREWS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPOKANE HOUSING AUTHORITY, KELLY KEENAW, an individual, and MELYNN BEETHAM, an individual, WINDERMERE LEASE SOURCE, a corporation, WIEGO LIU, an individual,<br><br>Defendants. | No. 2:26-CV-0027-RLP<br><br>ORDER OF DISMISSAL |

On March 27, 2026, the Court dismissed *pro se* Plaintiff Calvin Andrews' Third Amended Complaint and directed him to show cause as to why he should be given leave to renew his claims. ECF No. 66. Since the Court's order, Mr. Andrews has made numerous filings; none of which respond to the Court's order. *See* ECF Nos. 68-74

Having failed to respond to the Court's order, the Court affirms its finding that Mr. Andrews has failed to state a claim upon which relief can be granted and

ORDER OF DISMISSAL ~ 1

denies Mr. Andrews leave to renew his complaint. His pending motion to compel is therefore denied.

**IT IS HEREBY ORDERED:**

1.      Plaintiff Calvin Andrew's Motion to Compel, **ECF No. 71**, is **DENIED**.

2.      The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Plaintiff and counsel, and **CLOSE** the file.

DATED April 13, 2026.

_____
REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL  ~ 2