AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2026

SEAN F. McAVOY, CLERK

CALVIN ANDREWS, an individual,

_____

                    *Plaintiff*

                        v.

SPOKANE HOUSING AUTHORITY, KELLY
KEENAW, an individual, and MELYNN BEETHAM, an
individual, WINDERMERE LEASE SOURCE, a
corporation, WIEGO LIU, an individual,

_____

                    *Defendant*

)
)
)
)
)
)

Civil Action No.   2:26-cv-00027-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:    Plaintiff Calvin Andrew's Motion to Compel, ECF No. 71, is DENIED.
The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and
would lack any arguable basis in law or fact.
Judgment of dismissal is entered.

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge    REBECCA L. PENNELL _____

Date:   4/13/2026 _____

                                                    *CLERK OF COURT*

                                                    s/Sean F. McAvoy
                                                    _____
                                                    *Signature of Clerk*